UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:                                    )
                                          )
                                          )
JOSEPH EDWARD PANKO, JR                   )        Case No. B-16-51288   C-13W
SUSAN ADAMS PANKO,                        )
                                          )
                                          )
                            Debtors.      )

---

**TRUSTEE'S RESPONSE TO THE DEBTORS' OBJECTION TO THE CLAIMS OF
CAVALRY SPV I, LLC**

Now comes Kathryn L. Bringle, the Standing Trustee, through counsel, who responds to the Objection filed by the Debtors to the claims of Cavalry SPV I, LLC (Claim Nos. 16, and 17) and respectfully shows the Court the following:

1.    The Debtors filed an Objection to the claims of Cavalry SPV I, LLC on June 26, 2017.

2.    The Trustee seeks clarification of the relief sought by the Debtors and, in order to pay the claims appropriately, needs to have the correct amount of the claims established by the Court.

**WHEREFORE**, the Trustee prays that the Court hold a hearing to resolve the claims of Cavalry SPV, I, LLC and the Debtors' objection thereto at 9:30 a.m. on August 23, 2017 in the United States Bankruptcy Court, First Floor Courtroom, 226 South Liberty Street, Winston-Salem, North Carolina.

Date: July 3, 2017                    s/ Vernon J. Cahoon
KLB/VJC/ae                            Chapter 13 Staff Attorney

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:                                    )
                                          )
                                          )
JOSEPH EDWARD PANKO, JR                   )        Case No:  B-16-51288  C-13W
SUSAN ADAMS PANKO,                        )
                                          )
                                          )
                      Debtors.            )

---

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the foregoing Response was served on the following parties by mailing a copy by first-class postage prepaid mail addressed as follows and by serving electronically:

JOSEPH EDWARD PANKO, JR.
SUSAN PANKO
5210 SHOREVIEW DR.
CONCORD, NC 28025

KRISTEN S NARDONE
P O BOX 1394
CONCORD, NC 28026-1394

CAVALRY SPV I LLC
%BASS & ASSOCIATES PC
3936 E FT LOWELL RD SUITE #200
TUCSON, AZ 85712

CAVALRY SPV I, LLC              **Not on matrix**
ATTN: ALFRED J. BROTHERS, CEO
500 SUMMIT LAKE DRIVE, STE 400
VALHALLA, NY 10595-2321

CAVALRY SPV I, LLC              **Not on matrix**
C/O CT CORPORATION SYSTEM
160 MINE LAKE CT., STE 200
RALEIGH, NC 27615-6417

Date:  July 3, 2017                       s/ Vernon J. Cahoon
KLB/VJC/ae                                Chapter 13 Staff Attorney